**Order entered July 25, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00098-CV

## AL M. WILLIAMS, Appellant

## V.

## ECOM/WILLMAX BELLAGIO, L.P. D/B/A LADERA, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17458**

## ORDER
Before Justices Molberg, Goldstein, and Smith

Before the Court is appellant's July 7, 2022 motion to amend the notice of appeal to add WHW Transport, Inc. d/b/a CWS Recovery (CWS Recovery) as an appellee. The order on appeal dismissing appellant's claims against Ladera became final on December 13, 2021 when the trial court signed an order severing those claims from his claims against CWS Recovery. *See McRoberts v. Ryals*, 863 S.W.2d 450, 452-53 (Tex. 1993) (a severance order is effective when signed).

Because appellant's claims against CWS Recovery have been severed out, he cannot address them in this appeal.  Accordingly, we **DENY** the motion.

/s/ KEN MOLBERG
   JUSTICE